# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KELLY BROWN and STEPHANIE**
**FORRESTER, individually, and on**
**behalf of all others similarly situated,**

        **Plaintiffs,**

v.                                  **Case No.: 8:18-CV-01772-T-35CPT**

**OMNI MANAGEMENT GROUP LLC,**
**ALL SEASONS TRAVEL AND**
**RESORT INC. d/b/a VACATION**
**VILLAS OF FLORIDA; LAWRENCE**
**FLYNN and DESLYN PATRAM FLYNN,**

        **Defendants.**

_____/

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD

Lorraine Maass Hultman and Nikhil N. Joshi, and the law firm of Miller Tack & Madson,
counsel for Defendants, Omni Management Group LLC, All Seasons Travel And Resort, Inc.
d/b/a Vacation Villas Of Florida, Lawrence Flynn, And Deslyn Patram Flynn (collectively
"Defendants"), move pursuant to Local Rule 2.03(b) for an Order allowing them and their law
firm to withdraw as the attorneys of record for Defendants no later than July 5, 2019. In support
of this motion, the undersigned states:

1.     Defendants retained undersigned counsel to represent them in connection with
the above-captioned lawsuit.

2.     Irreconcilable differences and other conflicts have arisen between Defendants
and undersigned counsel and they are not able to resolve their differences and conflicts. Good
cause exists to permit the withdrawal of undersigned counsel and the law firm of Miller Tack &

Madson as attorneys of record for Defendants. Undersigned counsel has advised Defendants of the reasons for the withdrawal.  Defendants were also advised to take immediate steps to retain successor counsel.

3.     On Friday, June 21, 2019, Andrew Froman and Brett P. Owens, of the law firm of Fisher & Phillips, LLP, filed a Notice of Appearance on behalf of Defendants. Fisher and Phillips will make all appearances and act on behalf of Defendants as of June 24, 2019.

4.     Pursuant to Local Rule 2.03(b), on Friday, June 21, 2019, undersigned counsel provided Defendants ten (10) days' written notice of their intent to withdraw.

5.     Additionally, undersigned counsel has discussed with Plaintiffs' counsel their intent to withdraw as attorneys of record for Defendants and they do not oppose the Motion.

## CERTIFICATE OF GOOD FAITH

In accordance with Local Rule 3.01(g), the undersigned for Defendants has conferred with counsel for Plaintiffs, and he does not oppose the relief requested.

WHEREFORE, undersigned counsel and their law firm respectfully request that this Court enter an order:

  (a)   granting this motion;

  (b)   authorizing Lorraine Maass Hultman, Esq. and Nikhil N. Joshi, Esq. and the law firm of Miller Tack & Madson to withdraw as counsel of record for Defendants;

  (c)   relieving Lorraine Maass Hultman, Esq. and Nikhil N. Joshi, Esq., and the law firm of Miller Tack & Madson of all further obligations on behalf of Defendants in this action;

  (d)   directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Andrew Froman and Brett P. Owens, of the law firm of Fisher & Phillips, LLP, 101 E. Kennedy Blvd., Suite 23250, Tampa, Florida. 33601;

  (e)   awarding such other and further relief this Court deems just and proper.

Respectfully submitted,
*/s/ Lorraine Hultman*
LORRAINE MAASS HULTMAN, ESQ.
Florida Bar Number: 250511
NIKHIL N. JOSHI, ESQ.
Florida Bar Number: 123803
*Attorneys for Defendants*
Of Counsel, Miller Tack & Madson
2055 Wood Street, Suite 208
Sarasota, FL 34237
(941) 953-2828
(941) 953-3018 Fax
lori@peolawyers.net
nik@peolawyers.net
assistant@hsjlawfirm.com

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this 25th day of June, 2019, a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and that copies of the same have been served via email to:

Mitchell L. Feldman, Esq.
Florida Bar No. 008349
*Attorney for Plaintiffs*
Feldman Legal Group
6940 W. Linebaugh Ave. #101
Tampa, Florida 33625
(813) 639-9366
(813) 639-9376 Fax
mlf@feldmanlegal.us

Andrew Froman, Esq.
Florida Bar No. 0019429
Brett P. Owens, Esq.
Florida Bar No. 112677
*Attorneys for Defendants*
Fisher & Phillips LLP
101 Kennedy Blvd., Suite 2350
Tampa, Florida  33602
(813) 769-7500
(813) 769-7501 Fax
bowens@fisherphillips.com

*/s/ Lorraine Hultman*
LORRAINE MAASS HULTMAN, ESQ.
Florida Bar Number: 250511
NIKHIL N. JOSHI, ESQ.
Florida Bar Number: 123803
*Attorneys for Defendants*
Of Counsel, Miller Tack & Madson
2055 Wood Street, Suite 208
Sarasota, FL 34237
(941) 953-2828
(941) 953-3018 Fax
lori@peolawyers.net
nik@peolawyers.net
assistant@hsjlawfirm.com