## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KELLY BROWN, individually, and on behalf of all others similarly situated and STEPHANIE FORRESTER, individually, and on behalf of all others similarly situated,**

    Plaintiffs,

v.                                                  Case No: 8:18-cv-1772-T-35CPT

**OMNI MANAGEMENT GROUP, LLC, ALL SEASONS TRAVEL AND RESORT INC., LAWRENCE FLYNN, and DESLYN PATRAM FLYNN,**

    Defendants.

_____

## **ORDER**

**THIS CAUSE** comes before the Court for consideration of the Unopposed Motion for Leave to Withdraw as Counsel of Record filed by Attorneys Lorraine Maass Hultman and Nikhil N. Joshi, and the law firm of Miller Tack & Madson, counsel of record for Defendants Omni Management Group, LLC, All Seasons Travel and Resort, Inc. d/b/a Vacation Villas of Florida, Lawrence Flynn, and Deslyn Patram Flynn (collectively, "Defendants").  (Dkt. 98)  In the Motion, Attorneys Hultman and Joshi request that the Court permit them and their law firm to withdraw as the attorneys of record for Defendants, due to "[i]rreconcilable differences and other conflicts" that have arisen between counsel and Defendants. (Id. at ¶ 2) On June 21, 2019, Attorneys Andrew Froman and Brett P. Owens, of the law firm Fisher & Phillips, LLP filed a Notice of Appearance on behalf of Defendants in this matter. (Dkt. 88) Attorneys Hultman and Joshi represent that ten days'

written notice has been provided to Defendants regarding their intent to withdraw and that Plaintiff does not oppose the withdrawal.  (Dkt. 98)

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. The Unopposed Motion for Leave to Withdraw as Counsel of Record, (Dkt. 98), is **GRANTED**.

2. The Clerk is directed to **TERMINATE** Attorneys Lorraine Maass Hultman and Nikhil N. Joshi, and the law firm of Miller Tack & Madson, as counsel of record for Defendants Omni Management Group, LLC, All Seasons Travel and Resort, Inc. d/b/a Vacation Villas of Florida, Lawrence Flynn, and Deslyn Patram Flynn.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of July, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party