UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY BROWN and STEPHANIE
FORRESTER, individually, and on
behalf of all others similarly situated,

    Plaintiffs,

v.                                            Case No: 8:18-cv-1772-T-35CPT

OMNI MANAGEMENT GROUP LLC,
ALL SEASONS TRAVEL AND RESORT
INC. d/b/a VACATION VILLAS OF
FLORIDA, LAWRENCE FLYNN, and
DESLYN PATRAM FLYNN,

    Defendants.
_____/

**O R D E R**

This cause is before Court following a hearing on August 15, 2019, regarding the Plaintiff's pending discovery motions (Docs. 61, 62, 63, 64, 81, 82, and 83).   For the reasons discussed on the record at the hearing, it is hereby ORDERED:

1.   *Plaintiff's Motion to Compel Defendant Deslyn Flynn to Provide Initial Disclosures Pursuant to Rule 26* (Doc. 63); *Plaintiff's Motion to Compel Defendant Deslyn Flynn to Respond to Plaintiff's First Set of Interrogatories to Defendant, Deslyn Flynn* (Doc. 81); *Plaintiff's Motion to Compel Defendant Lawrence Flynn to Respond to Plaintiff's First Set of Interrogatories to Defendant, Lawrence Flynn* (Doc. 82); and *Plaintiff's Motion to Compel Defendant Deslyn Flynn to Respond to Plaintiff's Amended First Request for Production of*

*Documents* (Doc. 83) are DENIED as MOOT, <u>except</u> with respect to the Plaintiff's request for reasonable expenses (including attorney's fees) incurred in bringing each of these motions. To the extent the Plaintiff finds the Defendants' responses to the subject discovery requests to be insufficient, the Plaintiff may, after proper conferral, renew her motion(s) to compel as to the specific response(s) she finds inadequate. Any such motion(s), however, along with any responses thereto, must be supported by legal authority (including pertinent case law) substantially justifying the parties' respective positions.

2. The Court defers ruling on the matter of the Plaintiff's reasonable expenses with respect to the four above-referenced motions until the resolution or disposition of the remaining discovery dispute(s), as outlined below.

3. With respect to the still-pending discovery motions (Docs. 61, 62, and 64), as well as any other anticipated discovery disputes, counsel for the parties are directed to meet and confer in person and in good faith in an effort to resolve such matters. *See* M.D. Fla. R. 3.01(g); *Middle District of Florida Discovery Handbook*. As discussed on the record, such meeting shall take place on <u>Thursday, August 22, 2019, beginning at 9 a.m.</u> at the Sam M. Gibbons United States Courthouse, 12th Floor, 801 North Florida Avenue, Tampa, Florida 33602.[1] Counsel shall allot no less than three (3) hours for this discovery conference and should be prepared to devote more time, if necessary.

---

[1] Upon counsel's arrival, the undersigned's Courtroom Deputy Clerk will direct the parties to an available conference room.

5.  <u>No later than Thursday, August 29, 2019</u>, the parties shall file a Joint Notice: (a) advising the Court whether, and the extent to which, any discovery disputes remain for the Court's resolution; and (b) succinctly setting forth the parties' respective positions, with supporting legal authority.

6.  Any party or attorney who fails to adequately and fully confer regarding these motions or who takes a position that is not substantially justified, may be subject to sanctions, including, but not limited to, the cost-shifting requirements of Federal Rule of Civil Procedure 37(a)(5).

7.  If any disputes regarding the still-pending discovery motions (Docs. 61, 62, and 64) remain for the Court's resolution after the parties confer, the Court will set the matter for a hearing, if necessary.

DONE and ORDERED in Tampa, Florida, this 16th day of August 2019.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record